Ned Ng, SBN: 282270
Jonathan Durham, SBN: 278227
Law Offices of Durham & Ng
4600 Northgate Blvd., Suite 125
Sacramento, California, 95834
Phone: (916) 800-2531
Fax: (888) 321-4869

Attorneys for Plaintiff
MICHAEL RAINES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL RAINES,<br><br>      Plaintiff,<br><br>v.<br><br>HP HOOD LLC, a Delaware corporation; MICHAEL HARDY, an individual; JENNIE THOMAS, an individual; and DOES 1-20, inclusive,<br><br>      Defendants. | Case No.: 2:18-cv-02721-JAM-KJN<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>Complaint Filed: October 10, 2017<br>Trial Date:      April 20, 2020 |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: _March 26, 2019_          Law Offices of Durham and Ng

                                                   By: _/s/Jonathan Durham_
                                                         Jonathan Durham
                                                         Attorney for Plaintiff
                                                         Michael Raines

| | | |
|---|---|---|
| DATED: : *March 26, 2019* | | Carothers Disante & Freudenberger LLP |

                                                                                By: */s/ Mark S. Spring*
                                                                                      Mark S. Spring
                                                                                      Attorney for Defendants
                                                                                      HP Hood LLC

**IT IS SO ORDERED.**

Dated:   3/27/2019                                                             /s/ John A. Mendez
                                                                                                             JOHN A. MENDEZ
                                                                                                             United States District Court Judge